UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,

                    Plaintiff,

     -against-

GREY CRESCENT, LLC and HALLIVIS
REALTY CORP.,

                    Defendants

25-CV-9842

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a settlement conference via Microsoft Teams on Wednesday, May 6, 2026 at 10:00 AM.  By May 1, 2026, the parties shall confer and submit to the Court, via email, a joint letter summarizing the status of negotiations.  The joint letter shall also confirm the email addresses for all attorneys and principals attending the Teams conference.

     **SO ORDERED.**

Dated:     New York, New York
           April 22, 2026

_____
           LORETTA A. PRESKA
           Senior United States District Judge